# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00480-CV

---

### In re City of Hutto, Texas; Cottonwood Development Corporation; and River Creek Development Corporation

---

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Relators City of Hutto, Texas; Cottonwood Development Corporation; and River Creek Development Corporation and Real Parties in Interest McGinnis Lochridge, LLP; William Bingham, Jr.; and Michael A. Shaunessy have filed a joint motion to abate this mandamus proceeding to permit the parties and the trial court to effectuate a settlement. In the motion, the parties represent that they have reached an agreement in principle to resolve their dispute but that settlement documents need to be prepared and approved by the Hutto City Council, which will not occur until early August. They anticipate that the settlement will be approved and finalized and when it is, they will seek joint dismissal of this proceeding.

We grant the motion and abate the proceeding. *See* Tex. R. App. P. 42.1(a)(2)(C). The parties shall submit either a joint status report concerning the status of the settlement agreement or a motion to dismiss or reinstate this proceeding on or before August 25, 2025.

Before Chief Justice Byrne, Justices Triana and Theofanis

Abated

Filed: July 31, 2025